IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AVON ROAD PARTNERS, LP, a Delaware limited partnership, ROBERT BERMAN and DENNIS VACCO, | § § § § § | |
| Defendants-Below, Appellants, | § § § § | |
| v. | § § § | No. 164, 2014 |
| CASTLEPOINT INSURANCE COMPANY, a New York insurance company, TOW SUR, LLC, a Connecticut limited liability company, REL-REM HOLDINGS, INC., a Delaware corporation, TROMBONE, LLC, a Connecticut limited liability company, JOEL ASEN and JAMES ROBERTS, | § § § § § § § § § § | Court Below:  Court of Chancery of the State of Delaware

C.A. No. 9021-VCG |
| Plaintiffs-Below, Appellees | § § § | |
| and | § § | |
| CINIUM FINANCIAL SERVICES CORPORATION, a Delaware Corporation, | § § § § § | |
| Nominal Defendant-Below. | § | |

Submitted:  October 29, 2014
Decided:    October 30, 2014

Before **STRINE**, Chief Justice; **HOLLAND** and **RIDGELY**, Justices.

# **O R D E R**

This 30th day of October 2014, the Court, after hearing oral argument and upon consideration of the record in this case, has concluded that this appeal should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its decision of March 3, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the decision of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice